Honorable Robert S. Lasnik

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
8      WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9   ERIC LEE,                                    No. C23-348RSL

10                    Plaintiff,                  STIPULATION AND ORDER
                                                  REGARDING ARBITRATION AND
11         v.                                     STAYING LITIGATION

12   AUTONATION INC., and AUTO COMPANY
     XXI INC., doing business as PORSCHE
13   BELLEVUE,

14                    Defendants.

15

16
                              **STIPULATION**
17

18         The parties hereby acknowledge that: Plaintiff Eric Lee commenced litigation in King

19   County Superior Court on February 3, 2023, and that is the date of filing for statute of limitations

20   and compliance with EEOC right-to-sue purposes; Defendants were timely served with the

21   complaint and summons; Defendants filed a timely notice of removal to federal court; and this

22   case is currently pending in the United States District Court for the Western District of

23   Washington.

24         Now, the parties, through their respective counsel, hereby agree to submit this matter to

25   arbitration under the following conditions:

26         1.      **Stay of Court Case and Commencement of Arbitration:** The parties stipulate

27   that the Court should stay this case pending arbitration, pursuant to 9 U.S.C § 3.  Plaintiff will

STIPULATION AND ORDER REGARDING
ARBITRATION AND STAYING LITIGATION - 1

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

19286.00001 qc292204

1  submit a complaint and this stipulation to Judicial Arbitration and Mediation Services, Inc.

2  (JAMS) to commence arbitration.

3  **2.**    **Arbitrator**: The arbitrator will be Judge Regina Cahan (Ret.) at JAMS.

4  **3.**    **Discovery**:

5  a.    Each side will be permitted to serve twenty (20) interrogatories, twenty-

6  five (25) requests for production, and ten (10) requests for admission.

7  b.    Each side may take six depositions lasting no more than six hours each

8  and two depositions lasting no more than three hours each.

9  c.    Upon a showing of reasonable need the arbitrator may allow additional

10  discovery.  The parties may also stipulate to allow additional discovery.

11  d.    The Federal Rules of Civil Procedure apply to discovery.

12  **4.**    **Timing of Arbitration**: Arbitration will occur at a reasonable time convenient for

13  all parties, their counsel, and the arbitrator, and will occur no later than the week of February 5,

14  2024.

15  **5.**    **Rules**: Except as otherwise stipulated herein or by future stipulation of the parties

16  or by order of the arbitrator, the JAMS rules shall apply to the arbitration proceedings.

17  **6.**    **Arbitrator's Award**: The arbitrator's award may be vacated only for the reasons

18  set forth in the Washington Uniform Arbitration Act or the Federal Arbitration Act.  The parties

19  will not seek to enforce any agreement or purported agreement stating otherwise or that could be

20  interpreted to allow for appellate arbitrator review.

21  **7.**    **Arbitrator's Fees and Costs:** Defendant is responsible for paying all costs

22  associated with arbitration that Plaintiff would not have otherwise incurred in court, including

23  the costs, expenses, and fees of the arbitrator.

24  **8.**    **Remedies:**  By agreeing to arbitrate Plaintiff's claims, he is submitting to their

25  resolution in an arbitral rather than a judicial forum, but is not forgoing the substantive rights

26  afforded by the Washington Law Against Discrimination or the Age Discrimination in

27

STIPULATION AND ORDER REGARDING
ARBITRATION AND STAYING LITIGATION - 2

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

19286.00001 qc292204

Employment Act, or other law.  All types of relief that would otherwise be available in court shall be available to Plaintiff in arbitration.


     IT IS SO STIPULATED:

DATED 30th of March, 2023.                DATED 30th of March, 2023.

MacDONALD HOAGUE & BAYLESS        FISHER PHILLIPS

By: /s/Katherine Chamberlain          By: /s/Catharine M. Moriset, per email authority

Katherine C. Chamberlain, WSBA # 40017   Catharine M. Morisset, WSBA #29682
katherinec@mhb.com               cmorisset@fisherphilliips.com
Nathaniel Flack, WSBA #58582         Jeremy F. Wood, WSBA #51803
nathanielf@mhb.com               jwood@fisherphillips.com
705 2nd Avenue, Suite 1500           1700 7th Avenue, Suite 2200
Seattle, WA  98104                 Seattle, WA 98101
206-622-1604                     206-682-2308
*Attorneys for Plaintiff*              *Attorney for Defendants*

STIPULATION AND ORDER REGARDING
ARBITRATION AND STAYING LITIGATION - 3

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

19286.00001 qc292204

1

## **ORDER**

2

The Court has reviewed the parties' Stipulation Regarding Arbitration and Staying

3

Litigation, and is fully advised.

4

Pursuant to the parties' stipulation to submit this case to arbitration, the case shall be

5

STAYED.

6

DATED 31st of March, 2023.

7

HONORABLE ROBERT S. LASNIK

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER REGARDING
ARBITRATION AND STAYING LITIGATION - 4

19286.00001 qc292204